

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00306-CR

Oscar Alan Rios **CONTERAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 471379
The Honorable Susan Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 15, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice